MAXIMILIAN FLEISCHMANN et al, Appellants, *v.* SIMON NEW-
MAN, Respondent.

(Argued October 16, 1890; decided October 31, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made January 29, 1889, which affirmed a judgment in favor
of defendant entered upon a decision of the court on trial at
Special Term.

*C. Bainbridge Smith* for appellants.

*Benno Loewy* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

WILLIAM SPEEB, JR., Respondent, *v.* THE METROPOLITAN
ELEVATED RAILWAY COMPANY et al., Appellants.

(Argued October 20, 1890; decided December 2, 1890.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made June 6, 1890,
which affirmed an order of Special Term setting aside a stipu-
lation for the settlement of the above entitled action.

*Brainard Tolles* for appellants.

*Edwin M. Felt* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.